# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

EDUARDO RANGEL, ARMANDO
GALDAMOS, MARCOS MARTINEZ,
YONI MORALES-MORALES,

      Plaintiffs,

v.                                                                                                CASE NO. 2:10-CV-500-FTM-36-CNF

AARON BRYSON, BRYSON FARMS, LLC,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on September 30, 2010 (Doc. 14) recommending that the Court grant the Joint Motion For Approval of Settlement, approve the parties' settlement agreement and dismiss this action with prejudice (Doc. 13). The Court notes that neither party filed written objections to the Report and Recommendation, and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement (Doc. 13) is **GRANTED**. The Settlement Agreement is **APPROVED**, as the settlement reached between the parties is a fair and reasonable resolution of a bona fide dispute.

3) The clerk is directed to terminate any pending motions/deadlines, dismiss this action with prejudice, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on October 19, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD